IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JAMYE N. LaROSE, | ) |
| | ) |
| Plaintiff, | ) |
| vs. | ) CIVIL ACTION NO.: 09-00385-KD-B |
| | ) |
| NOBLE DRILLING SERVICES, INC., | ) |
| *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

This matter is before the Court on Defendants' Motion to Strike Plaintiff's Amended Verified Complaint (Doc. 29) and Plaintiff's Motion to Withdraw his Amended Complaint (Doc. 30). In Plaintiff's motion to withdraw, he admits that he unintentionally failed to comply with Rule 15(a)(1) of the Federal Rules of Civil Procedure because he did not seek leave of court before filing the amended verified complaint. (Doc. 30 at 2). For this reason, he seeks to withdraw the amended complaint. (Id.) Upon consideration, it is **ORDERED** that Plaintiff's Motion to Withdraw (Doc. 30) is **GRANTED.** Accordingly, Defendants' Motion to Strike (Doc. 29) is **MOOT.**

**DONE** and **ORDERED** this the **6th** day of **November 2009.**

/s/ Kristi K. DuBose
**KRISTI K. DUBOSE**
**UNITED STATES DISTRICT JUDGE**